**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**HELEN PROCTOR**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 2:22-CV-157-BSM**

**THOMAS J. VILSACK,** *et al.*                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 26th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE